IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JACORY BLUE | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-100 |
| JEFFERSON COUNTY CORRECTIONAL FACILITY | § | |

MEMORANDUM OPINION AND ORDER OVERRULING OBJECTIONS AND
ADOPTING REPORT AND RECOMMENDATION

Petitioner, Jacory Blue, a pre-trial detainee currently confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this petition without prejudice for failure to exhaust administrative remedies (doc. # 7).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the records, and pleadings. Petitioner filed objections to the Report and Recommendation of United States Magistrate Judge (doc. # 9). This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

Petitioner merely reargues the merits of his claim and does not address the recommendation that the petition be dismissed for failure to exhaust administrative remedies.

ORDER

Accordingly, petitioner's objections are OVERRULED. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is

ADOPTED.  A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 15th day of September, 2022.**

Michael J. Truncale
United States District Judge